Pearson. J.
 

 Noah Furr acquired the land in controversy as devisee under the will of his grandfather Paul Furr. At the death of the devisor, Henry Furr, the father of Noah, was living, and would have taken the land as his heir, had he died without making a will; so Noah at the death of Paul, his grandfather, was not “ his heir or one of his heirs,” and, necessarily, took the land as
 
 & purchaser
 
 in its general sense, and not in the peculiar mode which, under the statute, is made to have the like effect as a
 
 descent.
 
 He took by devise, and could not have claimed as heir of his grandfather, had the latter died intestate. This is settled in
 
 Burgwyn
 
 v.
 
 Devereux,
 
 1 Ire. Rep.
 
 *240
 
 586, where the matter is fully elaborated, and the construction of the rule of descent is fixed. It follows that the land must be treated as a
 
 new acquisition
 
 by Noah Furr, and is transmitted to his uncles and aunts on the mother’s side as well as those on the side of the father. Let a decree be made for a sale and partition according to this opinion.
 

 Peb Cubiam, Decree accordingly. •